# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK BRIAN FARRONE, | |
| Plaintiff, | Civil Docket No.: 2:23-cv-1528 |
| v. | |
| PETER C. ACKER; and THE COUNTY OF MERCER, PENNSYLVANIA, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Patrick Brian Farrone appeals, to the United States Court of Appeals for the Third Circuit, this Court's Order dated October 24, 2025 (ECF No. 77), which was accompanied by an Opinion docketed at ECF No. 76, and this Court's Order dated November 13, 2025 (ECF No. 84).

Respectfully submitted,

/s/ Walter P. DeForest
Walter P. DeForest, PA ID No. 05009
deforest@deforestlawfirm.com
Alec R. Smith, PA ID No. 334114
smith@deforestlawfirm.com
DeForest Koscelnik & Berardinelli
436 Seventh Avenue, 30th Floor
Pittsburgh, PA 15219-1831
(412) 227-3101

*Counsel for Plaintiff*
*Patrick Brian Farrone*

## CERTIFICATE OF SERVICE

I certify that, on this 14th day of November 2025, I electronically filed a true and correct copy of the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Walter P. DeForest
Walter P. DeForest, Esq.